MILLER NASH LLP
Matthew A. Tripp, Bar No. 357279
matthew.tripp@millernash.com
Daniel Fleissig, Bar No. 366518
daniel.fleissig@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

Attorneys for Defendant
WINCO HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

CONSUELO MEDINA,

Plaintiff,

v.

WINCO HOLDINGS, INC.; and DOES 1 through 20, inclusive,

Defendant.

Case No. 2:25-cv-02284-TLN-SCR

**ORDER RE JOINT MOTION AND STIPULATION FOR EXTENSION OF CASE DEADLINES (UNOPPOSED)**

On August 5, 2026, Plaintiff Consuelo Medina ("Plaintiff") and Defendant WinCo Holdings, Inc. ("WinCo") (collectively, the "Parties") submitted their Joint Motion and Stipulation for Extension of Case Deadlines. Having considered the Parties' Joint Motion and Stipulation for Extension of Case Deadlines, and good cause appearing therefore, IT IS HEREBY ORDERED that the case schedule is modified as follows:

| **Action/Filing** | **Current Deadline** | **Reset Deadline** |
|---|---|---|
| Fact Discovery Cutoff | October 30, 2026 | **February 1, 2027** |
| Expert Disclosures and Reports | December 29, 2026 | March 31, 2027 |
| Supplemental/Rebuttal Expert Designations | January 28, 2027 | April 30, 2027 |
| Supplemental Disclosures | March 29, 2027 | June 29, 2027 |

| | | |
|---|---|---|
| Dispositive Motions | April 28, 2027 | July 29, 2027 |
| Deadline to file Joint Notice of Trial Readiness if parties do not intend to file dispositive motions | May 28, 2027, or 30 days after the court's ruling on the last dispositive motion, if dispositive motions filed. | August 26, 2027, or 30 days after the court's ruling on the last dispositive motion, if dispositive motions filed. |

**IT IS SO ORDERED.**

Dated: August 5, 2026

Troy L. Nunley
Chief United States District Judge