Michael Freiman, Esq. (SBN 280716)
LAW OFFICE OF MICHAEL FREIMAN
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1022
Email: mike@employlegal.com

Attorney for Plaintiff CONSUELO MEDINA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

CONSUELO MEDINA,

Plaintiff,

v.

WINCO HOLDINGS, INC.; and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:25-cv-02284-TLN-SCR

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)]; ORDER**

Plaintiff Consuelo Medina (“Plaintiff”) and Defendant WinCo Holdings, Inc. (“Defendant”) (together, the “Parties”), through their respective counsel of record, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action, Case No. 2:25-cv-02284-TLN-SCR, shall be dismissed in its entirety, with prejudice, as to all claims and all parties, including Defendant WinCo Holdings, Inc. and Does 1 through 20, inclusive.

2. Each party shall bear its own attorneys’ fees and costs.

3. The Parties respectfully request that the Court enter the [Proposed] Order below dismissing this action with prejudice and directing the Clerk of Court to close this case.

IT IS SO STIPULATED.

Dated: November 13, 2026

**LAW OFFICE OF MICHAEL FREIMAN**
By: /s/ Michael Freiman
(as authorized on November 13, 2026)
Michael Freiman, Esq.
Attorney for Plaintiff CONSUELO MEDINA

Dated: November 24, 2026

**MILLER NASH LLP**
By: /s/ Matthew Tripp
Matthew A. Tripp
Janna Akers
Attorneys for Defendant
WINCO HOLDINGS, INC.

Signature Attestation: The filing attorney attests that each other signatory listed above concurs in the content of this document and has authorized its filing.

**ORDER**

Pursuant to the stipulation of Plaintiff Consuelo Medina and Defendant WinCo Holdings, Inc., and good cause appearing, IT IS HEREBY ORDERED that this action, Case No. 2:25-cv-02284-TLN-SCR, is DISMISSED in its entirety WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to all claims and all parties. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 24, 2026

Troy L. Nunley
Chief United States District Judge